In the Matter of the Reinstatement of S𝐈𝐃𝐍𝐄𝐘 S𝐙𝐄𝐑𝐋𝐈𝐏, an Attorney.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.